■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID McGINNIS, Appellant. [651 NYS2d 329] —Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered January 4, 1996.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816). Rosenblatt, J. P., Thompson, Santucci and Altman, JJ., concur.